UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>F. GARCIA,<br><br>    Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER ON PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF NO. 28)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF COPY OF DOCKET SHEET |

    Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On March 20, 2019, Plaintiff filed a motion for administrative relief. (ECF No. 28). In the motion, Plaintiff asks for several things. Plaintiff asks that he be provided with a copy of the docket sheet. Plaintiff also asks for Chief Judge Lawrence J. O'Neill to be assigned to the new case he intends to file. Finally, Plaintiff asks for a Court order directing Defendant's counsel to provide Plaintiff with copies of all cases cited in Defendant's counsel's filings. Alternatively, Plaintiff asks for a court order directing staff at Kern Valley State Prison to allow Plaintiff to make copies of three cases per week.

    Defendant opposes the motion. (ECF No. 34). Defendant argues that the Court does not have jurisdiction to grant Plaintiff's request regarding photo copying because the request "stem[s] from his attempt to prosecute another action against another party." (Id. at 2). Additionally, Warden Pfeiffer (the Warden of Kern Valley State Prison) is not a party to this

case, and the requested order is not necessary to aid in the Court's exercise of its jurisdiction or for the Court to render judgment in this case.

The Court finds good cause to grant Plaintiff's request for a copy of the docket sheet, and will direct the Clerk of Court to send Plaintiff a copy.

As to Plaintiff's request for Chief Judge Lawrence J. O'Neill to be assigned to the new case that Plaintiff intends to file, it will be denied without prejudice. New cases are generally assigned to a random judge. If the new cases is sufficiently related to this case, after the new case is filed, Plaintiff may file a motion in this case asking for the cases to be related. If Plaintiff chooses to file such a motion, Plaintiff should explain how the cases are related.

As to Plaintiff's request for copies of relevant cases, the Court will grant the request in part. Plaintiff states that because he is unable to read and write, he needs copies so that he can show the relevant legal authority to the inmates helping him prosecute this case. The inmates helping Plaintiff are not priority library users, and are not allowed to go to the library with Plaintiff. Additionally, a few of the inmates assisting Plaintiff are computer illiterate.

While it is not the duty of defense counsel to make copies for Plaintiff, it is also true that Plaintiff requires adequate notice of the relevant law to oppose Defendant's motions. Providing limited copies of relevant cases does not pose an undue hardship on Defendant and will help ensure an equitable and just process under the exceptional circumstances here.

Accordingly, the Court will order Defendants to provide Plaintiff with any case or statute that provides the central rule of law that applies in the motion. Defendants need not include every case cited. It is the Court's expectation that this will include at least one case or statute and no more than three for any given motion.

Given this accommodation among the parties, the Court will not make a blanket order requiring Defendant (or staff at Kern Valley State Prison) to make copies of cases for Plaintiff. If Plaintiff needs copies of cases in the future, he may file another motion, which the Court will take under consideration at that time.

Accordingly, based on the foregoing, IT IS ORDERED that:

1. Plaintiff's request for a copy of the docket sheet is granted. The Clerk of Court

is directed to send Plaintiff a copy of the docket sheet.

2. Plaintiff's request for Chief Judge Lawrence J. O'Neill to be assigned to the new case that Plaintiff intends to file is denied, without prejudice.

3. Plaintiff's request for copies of relevant cases is granted in part, and denied in part without prejudice. Defense counsel shall send Plaintiff the leading cases or statutes setting forth the central law relied upon in all motions filed by Defendant. This order is limited to no more than three statutes and/or cases per motion.

IT IS SO ORDERED.

Dated: **April 24, 2019**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE