# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>F. GARCIA,<br><br>    Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT, DIRECTING COUNSEL TO MEET AND CONFER RE: SETTING A SETTLEMENT CONFERENCE, AND STAYING CASE<br><br>(ECF NOS. 48 & 50)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF'S COUNSEL A COPY OF THIS ORDER |

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 6, 2019, Plaintiff filed a motion for administrative relief. (ECF No. 48). In the motion, Plaintiff states that he is willing to settle, but wants appointment of counsel so that a fair settlement can be negotiated.

Given that Plaintiff stated he was willing to settle, the Court directed Defendant to notify the Court whether Defendant wanted the Court to set a settlement conference. (ECF No. 49). On June 14, 2019, Defendant filed a response. (ECF No. 50). Defendant stated that he believes a settlement conference would be beneficial at this time, and asked for a stay of the action pending the settlement conference.

The Court finds good cause to appoint counsel for the limited purpose of assisting

1

Plaintiff prepare for and participate in a settlement conference, to set a settlement conference, and to stay the case pending the outcome of the settlement conference.[1] Christian F. Pereira has been selected from the Court's Pro Bono Attorney Panel to represent Plaintiff as limited purpose counsel and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Christian F. Pereira is appointed as limited purpose counsel in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.
2. Christian F. Pereira's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.
4. A settlement conference will be set in this case. Counsel for the parties shall meet and confer regarding potential date(s) for the settlement conference. Once date(s) are agreed upon counsel shall contact the Court's Alternative Dispute Resolution Coordinator Sujean Park to schedule the conference.
5. All deadlines in this case are stayed, except for the deadline for the parties to exchange initial disclosures (which is July 1, 2019).
6. The Clerk of Court is directed to serve a copy of this order upon Christian F. Pereira, Pereira Law, 249 E. Ocean Blvd., Suite 814, Long Beach, CA 90802.

IT IS SO ORDERED.

Dated: **June 24, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will not stay the deadline for the parties to exchange initial disclosures. However, all other deadlines, including the deadline to file scheduling conference statements, will be stayed. If the case does not settle at the settlement conference, the Court will reset the initial scheduling conference and the parties should file scheduling conference statements two weeks prior to the date of the continued initial scheduling conference.