UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>F. GARCIA,<br><br>        Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S REQUEST FOR APPOINTMENT OF ATTORNEY FOR SETTLEMENT PURPOSES AND FOR CONFIDENTIAL SETTLEMENT CONFERENCE<br><br>(ECF NO. 55) |

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se*[1] and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 8, 2019, Plaintiff requested appointment of counsel for purposes of settlement and for settlement negotiations to occur in a confidential setting without correctional officers listening.[2] (ECF No. 55).

As for Plaintiff's request for counsel, it is denied because counsel has already been appointed.

As to Plaintiff's request for settlement negotiations to occur in a confidential setting without correctional officers listening, Plaintiff will be transported to court for the settlement

---

[1] Christian Pereira has been appointed as limited purpose counsel to assist Plaintiff with preparing for and participating in a settlement conference. (ECF No. 51).

[2] The request was forwarded to the Court on Plaintiff's behalf by attorney Caitlin Henry due to Plaintiff's "disabilities and low reading and writing level." However, Caitlin Henry has not entered an appearance in this case and does not appear to represent Plaintiff. Nevertheless, the Court will address the request.

1

conference and the settlement conference will be off the record.[3]  It will be up to the judge conducting the settlement conference to determine whether the correctional officers guarding Plaintiff will be present during settlement discussions.

IT IS SO ORDERED.

Dated: __**July 10, 2019**__                    /s/ Eric P. Grosj
                                         UNITED STATES MAGISTRATE JUDGE

---

[3] However, if the case settles, the terms of the settlement will likely be placed on the record.