UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>F. GARCIA,<br><br>    Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED RULING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND<br><br>(ECF NO. 58) |

Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 18, 2019, Plaintiff filed a motion for administrative relief. (ECF No. 58). In light of the upcoming settlement conference, Plaintiff asks for an expedited ruling on his motion for leave to amend, and for an expedited screening of his amended complaint.[1]

Plaintiff's motion is DENIED. The Court will rule on Plaintiff's motion to amend, and if necessary, screen his complaint, in due course.

IT IS SO ORDERED.

    Dated: __**July 22, 2019**__            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the parties are not required to present evidence at the settlement conference.