UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JERRY DILLINGHAM, Plaintiff,  v.  F. GARCIA, Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)  ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JERRY DILLINGHAM, CDCR # C-95149, PLAINTIFF'S WITNESS  DATE: August 27, 2019 TIME: 9:00 a.m. |
|---|---|

JERRY DILLINGHAM, inmate, CDC #C-95149, a necessary and material witness for Plaintiff in proceedings in this case on August 27, 2019, is confined at KERN VALLEY STATE PRISON, 3000 West Cecil Avenue, Delano, CA 93216-6000, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate at United States Courthouse, 510 19th Street, Bakersfield, California, 93301, on August 27, 2019, at 9:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of KERN VALLEY STATE PRISON**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.
IT IS SO ORDERED.

Dated: **July 25, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

