UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>F. GARCIA,<br><br>    Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER RE: PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>(ECF NO. 61) |

    Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se*[1] and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On July 29, 2019, Plaintiff filed a motion for administrative relief in which he seeks appointment of attorney Christian F. Pereira for purposes of settlement. (ECF No. 61.)

    Plaintiff's request is denied as moot because Mr. Pereira has already been appointed to represent Plaintiff for purposes of settlement. (*See* ECF No. 51 (appointing Christian F. Pereira as Plaintiff's limited purpose counsel for "the limited purpose of assisting Plaintiff prepare for and participate in a settlement conference, to set a settlement conference, and to stay the case pending the outcome of the settlement conference").) This limited purpose representation includes the drafting of documents related to the settlement conference, such as Plaintiff's settlement statement.

---

[1] Christian Pereira has been appointed as limited purpose counsel to assist Plaintiff with preparing for and participating in a settlement conference. (ECF No. 51.)

1

To the extent Plaintiff is seeking a 30 day continuance of the settlement conference, his request is denied. The settlement conference will proceed as scheduled on August 27, 2019, at 9:00 a.m., with Christian F. Pereira representing Plaintiff for purposes of settlement.

IT IS SO ORDERED.

Dated: **July 31, 2019**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE