IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Jerry Dillingham

Plaintiff(s)

vs.

F. Garcia

Defendants.

No. 1:18-cv-00579-LJO-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Christian F. Pereira, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 24, 2019, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> In light of the settlement conference currently scheduled in this matter on August 27, 2019, visitation with Mr. Dillingham at Kern Valley State Prison is necessary to inform my client about the settlement conference process as well as discuss my client's case at length. Because my client has a mental impairment that makes reading and writing difficult for him, communication via mail will not allow me to cover everything I need to discuss with my client before the conference.
> I will be traveling by car from Buena Park, CA to Kern Valley State Prison on or around August 5, 2019 for at least a 3 hour in-person visit. Therefore, I am requesting the authority to incur costs in the amount of gas mileage reimbursement for my trip to Kern Valley State Prison and back (340 miles roundtrip).

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ $280.00.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:18-cv-00579-LJO-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $80.00 | Estimated Gas Cost | |
| $197.20 | RT Mileage from Buena Park to Kern Valley State Prison (340 miles x $0.58) | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of July, 20 19, at Long Beach, California.

Christian F. Pereira
Attorney for Plaintiff(s)

The above expenditure is _____ Approved _____ Denied  X  Approved in part.
Or,  $197.20 is approved. $80.00 gas is not approved because gas in
_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant  included in
to rule _____, on _____, at _____, ___.M. in Courtroom  mileage.
Number_____.

Dated: 7/30/19

E. P.

United States District Judge/Magistrate Judge