# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F. GARCIA, et al.,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE JERRY DILLINGHAM, CDCR #C-95149 |

The hearing in this matter concluded on August 27, 2019. Inmate Jerry Dillingham, CDCR #C-95149, is no longer needed by the Court as a participant in these proceedings and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **August 27, 2019**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE