IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Jerry Dillingham

           Plaintiff(s)

   vs.

F. Garcia

           Defendants.

No. 1:18-cv-00579-LJO-EPG

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Christian F. Pereira, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on June 24, 2019, by the Honorable Erica P. Grosjean, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

> I will be traveling by rental car from my office in Long Beach, CA to the U.S. District Court at 510 19th Street, Bakersfield, CA 93301 for the settlement conference in this case on August 27, 2019 at 9:00 a.m. Based on the Avis rental car fee and cost of gas that I spent on traveling to Kern Valley State Prison to visit the Plaintiff, I am requesting the authority to incur costs in the amount of $103.12, which includes the Avis rental car fee and gas to Bakersfield and back. This amount is cheaper than the cost of mileage reimbursement for taking my own car, which would amount to approximately $157.76 (136 miles (from Long Beach to Bakersfield) x 2 (round trip) x $0.58 (2019 IRS mileage reimbursement).

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 103.12 .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: 1:18-cv-00579-LJO-EPG

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $55.00 | Estimated Gas Cost | |
| $48.12 | Avis Rental Car Fee | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of August, 20 19, at Long Beach, California.

*[signature]*
Christian F. Pereira
Attorney for Plaintiff(s)

The above expenditure is  X  Approved  _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 8/27/19

*[signature]*
United States District Judge/Magistrate Judge