UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>        Plaintiff,<br><br>    v.<br><br>F. GARCIA,<br><br>        Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR A COPY OF THE SCHEDULING CONFERENCE TRANSCRIPT<br><br>(ECF NO. 78) |

    Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

    The Court held a scheduling conference on September 30, 2019. (ECF No. 76). After the conference the Court issued a scheduling order that includes all relevant dates and deadlines. (ECF No. 75).

    On October 21, 2019, Plaintiff filed a motion for a copy of the scheduling conference transcript, "free of cost." (ECF No. 78).

    Plaintiff's motion will be denied. Plaintiff has cited no legal authority requiring the Court to pay for a copy of a transcript from a scheduling conference, and the Court is aware of none. Moreover, the Court issued a scheduling order that includes all the relevant dates and deadlines.

1

1       If Plaintiff wishes to obtain a copy of the transcript, he may place an order with the Electronic Court Recorder Operator. In this instance, if Plaintiff wants to obtain a copy of the transcript, he should write to Otilia Rosales, ECRO, 2500 Tulare Street, Fresno, CA, 93721, Room 1501. The correspondence should include the case name, case number, date of hearing, and the portion(s) of the transcript that Plaintiff wishes to order. Mrs. Rosales can provide further information regarding the cost of obtaining this transcript. The Court notes that the transcript is not currently available through the Court's online electronic filing system.

      Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for a copy of the scheduling conference transcript is DENIED.

IT IS SO ORDERED.

Dated:   **October 23, 2019**         /s/ *Erica P. Grosjean*
                                                  UNITED STATES MAGISTRATE JUDGE