# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>                        Plaintiff,<br><br>     v.<br><br>F. GARCIA,<br><br>                        Defendant. | Case No. 1:18-cv-00579-LJO-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO INTERROGATORY<br><br>(ECF NO. 96) |

    Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On January 6, 2020, Plaintiff filed a motion for additional time to respond to an interrogatory. (ECF No. 96). Plaintiff states that he needs additional time because he does not understand how to respond to the interrogatory. He made an appointment to attend the law library so that he could get help, but he was not taken out of his cell. Additionally, the law library has been closed since around December 26, 2019.

    In addition to requesting more time, Plaintiff provides at least a partial response to the interrogatory.

///

///

///

///

///

1

The Court finds good cause to grant Plaintiff additional time to respond to the interrogatory. Accordingly, IT IS HEREBY ORDERED that Plaintiff has thirty days from the date of service of this order to respond to the interrogatory.

IT IS SO ORDERED.

Dated: **January 8, 2020**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE