UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F. GARCIA,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00579-NONE-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO MEET AND CONFER REGARDING WHETHER A SECOND SETTLEMENT CONFERENCE WOULD BE BENEFICIAL<br><br>THIRTY-DAY DEADLINE |

　　　　The dispositive motion deadline has passed (see ECF Nos. 107 & 111) and neither party has filed a dispositive motion.

　　　　Accordingly, the parties are directed to meet and confer regarding whether a second settlement conference would be beneficial. In light of the coronavirus (COVID-19) outbreak and evolving coronavirus protocols, the parties may meet and confer by letter. Within thirty days from the date of service of this order, Defendant shall file a statement with the Court indicating whether the parties believe a second settlement conference would be beneficial.

IT IS SO ORDERED.

　　Dated:　**June 29, 2020**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1