UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. GARCIA,<br><br>　　　　Defendant. | No. 1:18-cv-00579-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 122 & 124) |

Jerry Dillingham ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2020, the assigned magistrate judge entered findings and recommendations, recommending that plaintiff's "emergency motion for administrative relief be DENIED," that "[a]ll future requests for injunctive relief that Plaintiff files be summarily denied if they are clearly unrelated to this case," and that plaintiff's request for the court to forward plaintiff a copy of the docket sheet of all three of his cases pending before this court also be denied. (Doc. No. 124 at 4.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued on August 18, 2020, (Doc. No. 124), are ADOPTED IN FULL;
2. Plaintiff's emergency motion for administrative relief (Doc. No. 122) is DENIED;
3. All future requests for injunctive relief that plaintiff files in this matter will be summarily denied if they are clearly unrelated to this case; and
4. Plaintiff's request for the court to forward him copies of the docket sheets for all three of his cases pending before the court is DENIED.

IT IS SO ORDERED.

Dated: **September 26, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE