UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>F. GARCIA,<br><br>　　　　Defendant. | Case No. 1:18-cv-00579-NONE-EPG (PC)<br><br>ORDER REQUIRING PARTIES TO PARTICIPATE IN SECOND SETTLEMENT CONFERENCE<br><br>ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT<br><br>ORDER VACATING THE TELEPHONIC TRIAL CONFIRMATION HEARING, THE TRIAL, AND ALL RELATED DEADLINES |

　　　　Jerry Dillingham ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　　On September 18, 2020, Defendant filed a response to this Court's order, indicating that he "does not believe that a second settlement conference would be productive at this time." (ECF No. 128, p. 2). However, given that Defendant stated that Plaintiff appears to be willing to participate in a second settlement conference, and given the ongoing judicial emergency in this district, the Court will require the parties to participate in a second settlement conference and will vacate the telephonic trial confirmation hearing, the trial, and all related deadlines.

　　　　Additionally, the court finds that the appointment of counsel for Plaintiff is warranted for the limited purpose of assisting Plaintiff prepare for and participate in a settlement conference. M. Greg Mullanax has been selected from the Court's Pro Bono Attorney Panel to represent

Plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. The telephonic trial confirmation hearing, the trial, and all related deadlines are VACATED. If necessary, the Court will reset these deadlines after the second settlement conference.
2. M. Greg Mullanax is appointed as limited purpose counsel for Plaintiff in the above entitled matter. This appointment is for the limited purpose of assisting Plaintiff with preparing for and participating in a settlement conference.
3. M. Greg Mullanax's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
4. While the Court is appointing M. Greg Mullanax to serve as counsel for Plaintiff, at this time the Court is not approving any expenses. The expenses incurred in representing Plaintiff must be approved in advance and be necessary to Plaintiff's case, given that the reimbursement funds come directly out of the Court's Non-Appropriated Fund, which is the limited fund for the entire district for all non-appropriated matters. The Court notes that under General Order No. 558 § 3, paragraph B, "[i]n the event of settlement or other successful resolution of the case which results in a monetary award to the indigent litigant equal to or exceeding the reimbursed costs under this section, the indigent litigant through counsel shall reimburse the Fund for such out-of-pocket expenses allowed and reimbursed under this section." In other words, any expenses incurred will be reimbursed from any settlement or award to Plaintiff.
5. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.
6. The Clerk of Court is directed to serve a copy of this order upon M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

\\\

\\\

7. Counsel for the parties are directed to contact Sujean Park (spark@caed.uscourts.gov) within 7 days of this order to schedule a settlement conference.

IT IS SO ORDERED.

Dated: **September 28, 2020**         /s/ Eric P. Grojean
                                     UNITED STATES MAGISTRATE JUDGE