UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>                              Plaintiff,<br><br>     v.<br><br>F. GARCIA,<br><br>                              Defendant. | Case No. 1:18-cv-00579-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO VACATE AND RE-SET THE EXPERT DISCLOSURES DEADLINES<br><br>(ECF No. 132) |

On October 27, 2020, Defendant filed a motion for clarification or, in the alternative, to vacate and reset the deadlines for serving expert disclosures and rebuttal expert disclosures to the extent they were not vacated by this Court's order dated September 28, 2020.  (ECF No. 132).

GOOD CAUSE APPEARING, Defendant's motion is GRANTED.  If necessary, after the settlement conference the Court will reset the expert disclosure deadline and the rebuttal expert disclosure deadline.

IT IS SO ORDERED.

   Dated:   **October 28, 2020**                    /s/ Erica P. Grosjean
                                                    UNITED STATES MAGISTRATE JUDGE

1