UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY DILLINGHAM,<br><br>              Plaintiff,<br><br>       v.<br><br>F. GARCIA,<br><br>              Defendant. | No. 1:18-cv-00579-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 142, 143) |

Jerry Dillingham ("plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 19, 2021, Plaintiff filed an emergency motion for administrative relief. (Doc. No. 142.) On February 23, 2021, the assigned magistrate judge issued findings and recommendations, recommending "that Plaintiff's emergency motion for administrative relief (ECF No. 142) be DENIED" because the relief requested is not related to the claim proceeding in this case. (Doc. No. 143 at 3.)

Plaintiff was provided an opportunity to file objections to the findings and recommendations. The deadline to file objections has passed and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 23, 2021, (Doc. No. 143), are adopted in full; and

2. Plaintiff's emergency motion for administrative relief, (Doc. No. 142), is denied.

IT IS SO ORDERED.

Dated:   **April 9, 2021**                             /s/ Dale A. Drozd
                                                                    UNITED STATES DISTRICT JUDGE